PER CURIAM. Order affirmed, with costs, on the authority of People ex rel. Kennedy v. Brady, 166 N. Y. 44, 59 N. E. 701.

LAUGHLIN, J., dissents.

PEOPLE ex rel. WALKER, Appellant, v. SCHNAUBER, City Engineer, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Proceeding by the people of the state of New York, on the relation of Anna Walker, against Frank J. Schnauber, as city engineer of city of Syracuse. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WHITMAN v. GODENKRANZ et al. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Proceeding by the people of the state of New York, on the relation of Stephen E. Whitman, against Solomon Godenkranz and others. No opinion. Motion granted.

In re PERRY AVE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of Perry avenue. J. C. Shaw, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with costs.

PETERS, Respondent, v. SLATTERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by John L. Peters against John Slattery and another. No opinion. Interlocutory judgment affirmed on argument, with costs.

PETERS, Respondent, v. SLATTERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by John L. Peters against John Slattery and another. No opinion. Appeal dismissed, without costs.

PETERS, Respondent, v. SLATTERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department, April 24, 1903.) Action by John L. Peters against John Slattery and another. No opinion. Order affirmed, with $10 costs and disbursements.

PHILIPS et al., Respondents, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Morgan Philips and others against Watson Allen. No opinion. Judgment affirmed, with costs.

PHILLIPS v. UNITED STATES GRAND LODGE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Hannah Phillips against the United States Grand Lodge. No opinion. Motion denied.

PHOEBUS v. WEBSTER et al. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by John A. Phoebus against David Webster and others. No opinion. Motion denied.

PIERSON et al., Respondents, v. SPEYER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Frank R. Pierson and another against James Speyer.

PER CURIAM. The proceedings in this case should be stayed, pending an appeal to the Court of Appeals, so far as the judgment would operate to compel the appellant to take down the dam, provided, however, that in the meantime he allows the respondent to receive the water to which the judgment entitles him. An order may be made accordingly, the form thereof to be settled on notice before Mr. Justice BARTLETT.

PIPER, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by John L. Piper against Elizabeth B. T. Campbell. No opinion. Judgment and order of the City Court of Mt. Vernon unanimously affirmed, with costs.

In re PITT ST. (Supreme Court, Appellate Division, First Department. March 6, 1903.) In the matter of Pitt street. No opinion. Motion granted.

PODMORE v. DIME SAV. BANK OF BROOKLYN. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by John Podmore, as administrator, against the Dime Savings Bank of Brooklyn. No opinion. Motion denied.

POWERS, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Henry L. Powers against Minnie S. Powers. B. Steinhardt, for appellant. A. B. Cole, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POWERS v. POWERS. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Harry L. Powers against Minnie S. Powers. No opinion. Motion denied.

QUICK, Respondent, v. HAZELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by S. Warren Quick against Edgar H. Hazelwood, as executor, etc., of Julia F. Warner, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

RAYNOR, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Ellen A.